IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02620-REB-BNB

ANTHONY COLEMAN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1) **Plaintiff's Second Motion to Compel Discovery** (the "Motion to Compel"), filed August 2, 2005;

(2) **Plaintiff's Motion for Sanctions** (the "Motion for Sanctions"), filed August 15, 2005;

(3) Defendant's **Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Set of Interrogatories and Third Set of Requests for Production of Documents** (the "First Unopposed Motion"), filed August 30, 2005; and

(4) Plaintiff's **Unopposed Motion for Extension of Time Regarding Dr. Shemesh** (the "Second Unopposed Motion"), filed September 12, 2005.

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Motion for Sanctions is DENIED.

IT IS FURTHER ORDERED that the First Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED that the Second Unopposed Motion is GRANTED.

Dated September 15, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge