IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02620-REB-BNB

ANTHONY COLEMAN,

Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the following motions:

(1) Defendant's **Motion to Amend Answer to Assert Two Additional Defenses** (the "Motion to Amend"), filed August 22, 2005;

(2) The **Unopposed Amended Motion to Modify Scheduling Order** (the "Unopposed Motion"), filed August 31, 2005; and

(3) Plaintiff's **Motion for Protective Order Regarding Dr. Vogenthaler** (the "Motion for Protective Order"), filed September 7, 2005.

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The defendant is granted leave to file an Amended Answer asserting the two additional defenses on or before **October 7,**

**2005**.  The plaintiff shall respond to the Amended Answer, if a response is necessary, on or before **October 19, 2005**.

IT IS FURTHER ORDERED that the Unopposed Motion is GRANTED IN PART and DENIED IN PART.  The Unopposed Motion is GRANTED to allow the parties to make the supplemental disclosures identified in the Unopposed Motion and all supplemental disclosures required under Fed. R. Civ. P. 26(e).  All such supplemental disclosures shall be completed by **June 8, 2006**.  The Unopposed Motion also is GRANTED to allow the parties to file unopposed motions to add as witnesses to be called at trial any treating health care providers identified after the entry of the final pretrial order.  The Unopposed Motion is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion for Protective Order is DENIED.

IT IS FURTHER ORDERED that the discovery cut-off date is extended to and including **December 5, 2005**.

IT IS FURTHER ORDERED that the deposition of the plaintiff may be reopened, and the additional testimony shall not exceed two hours in length.

IT IS FURTHER ORDERED that the parties may take preservation depositions, as they may agree.  All such preservation depositions must be completed on or before **April 3, 2006**.

Dated September 30, 2005.

                                                    BY THE COURT:

                                                    /s/ Boyd N. Boland
                                                    United States Magistrate Judge