**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-2620-REB-BNB

ANTHONY COLEMAN,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On December 21, 2005, the parties filed a **Stipulation of Dismissal With Prejudice** [#91]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#91], filed December 21, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for September 22, 2006, is **VACATED**; and

4. That the jury trial set to commence October 9, 2006, is **VACATED**.

Dated December 22, 2005, at Denver, Colorado.

                                         BY THE COURT:

                                         s/ Robert E. Blackburn
                                         Robert E. Blackburn
                                         United States District Judge